FILED

APR 2 6 2024

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION  **MAG JUDGE CLAY** |
| Plaintiff, | ) | |
| | ) | 3:24 MJ 8002 |
| v. | ) | CASE NO. _____ |
| | ) | Title 33, United States Code, §§ |
| MARK SHEPHERD, | ) | 1311(a) and 1319(c)(1)(A) |
| | ) | |
| Defendant. | ) | |

### COUNT 1
(Negligently Discharging a Pollutant, 33 U.S.C. §§ 1311(a) and 1319(c)(1)(A))

The United States Attorney charges:

1. On or about April 17, 2021, in the Northern District of Ohio, the defendant MARK SHEPHERD negligently discharged a pollutant, namely a wastewater and ammonia solution, from a point source into a water of the United States without a permit issued under Title 33, United States Code, § 1342 in violation of Title 33, United States Code, §§ 1311(a) and 1319(c)(1)(A).

REBECCA C. LUTZKO
United States Attorney

By: _____
AVA R. DUSTIN
Toledo Branch Chief

